## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DAD DELPHINE ALFRED
DUNCAN FOUNDATION FOR THE
DEAF AND HARD OF HEARING
(AKA DAD FOUNDATION FOR
THE DEAF AND HARD OF
HEARING): JASON PAULING;
ZION WHITE; SHATIA
TANKERSLEY; and DEANGELO
SIMMONS,

          Plaintiffs,

     v.

DELAWARE NORTH COMPANIES
INCORPORATED; DELAWARE
NORTH COMPANIES
SPORTSERVICE, INC.; DETROIT
SPORTSERVICE, INC.; DETROIT
DISTRICT SPORTSERVICE, INC.;
DETROIT HOSPITALITY
SPORTSERVICE, INC.;
SPORTSERVICE FOOD SERVICE,
INC.; and WOODWARD
SPORTSERVICE, INC.,

          Defendants.

Case No. 2:24-cv-12650-LJM-CI

Honorable Laurie J. Michelson

## JOINT MOTION TO EXTEND SCHEDULING ORDER

Now come the Parties in the above-captioned matter and hereby move this

Honorable Court to amend the Scheduling Order to enter the following deadlines:

326419527v.1

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Completed | August 28, 2026 | October 16, 2026 |
| Plaintiffs' Expert Disclosures | September 25, 2026 | November 20, 2026 |
| Defendants' Expert Disclosures | October 26, 2026 | December 18, 2026 |
| Expert Discovery Completed | December 1, 2027 | January 8, 2027 |
| Dispositive Motions Filed | January 8, 2027 | February 12, 2027 |
| Challenges to Experts | January 8, 2027 | February 12, 2027 |
| Final Trial Conference | TBD | TBD |
| Jury Trial | TBD | TBD |
| Estimated Length of Trial | One Week | One Week |

In support of this motion, the Parties state that Plaintiffs' claims arise from their service as volunteers of a non-profit organization that contracted to sell food and beverages at a concession stand allegedly owned, leased, or operated by Defendants at Comerica Park in Detroit, Michigan. Plaintiffs allege that they were discriminated against and denied reasonable accommodations in violation of Title III of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq. and the

2

Michigan Persons With Disabilities Civil Rights Act ("PWDCRA") 220 of 1976, MCL § 37.1101, et seq.

Some written discovery has been exchanged, but additional discovery remains outstanding. The Parties anticipate that once written discovery has been completed, they will conduct at least eight (8) necessary depositions at mutually agreeable dates and times.

Overall, the Parties have made progress toward completing discovery; however, they would benefit from additional time to complete discovery, particularly in view of the number of depositions to be taken, several of which will be in-person and require interpretation services.  As a result, the Parties respectfully request additional time. This motion is not submitted for delay, and no party will be prejudiced by the allowing of this motion, as this motion is being filed jointly.

WHEREFORE, the Parties respectfully request that this motion be allowed, and that this Honorable Court amend the tracking order deadlines as described above.

3

326419527v.1

**DATED:** June 12, 2026.

Respectfully submitted,

DELAWARE NORTH COMPANIES INCORPORATED; DELAWARE NORTH COMPANIES SPORTSERVICE, INC.; DETROIT SPORTSERVICE, INC.; DETROIT DISTRICT SPORTSERVICE, INC.; DETROIT HOSPITALITY SPORTSERVICE, INC.; SPORTSERVICE FOOD SERVICE, INC.; and WOODWARD SPORTSERVICE, INC.,

By: /s/ *Michael E. Steinberg*
    One of Defendants' Attorneys
Uma Chandrasekaran (IL Bar No. 6281690)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000
uchandrasekaran@seyfarth.com


Michael E. Steinberg (MA Bar No. 690997)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210
Telephone:   (617) 946-8316
Facsimile:   (617) 439-3642
Email: msteinberg@seyfarth.com

Attorneys for Defendants

4

326419527v.1

By: */s/ John Philo*
John Philo
Tony Paris
Elizabeth R. Jacob
Sugar Law Center for Economic & Social
Justice
4605 Cass Avenue, 2nd Floor
Detroit, Michigan 48201
(313) 993-4505
jphilo@sugarlaw.org
tparis@sugarlaw.org
ljacob@sugarlaw.org

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I electronically filed the above document(s) with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

*/s/ Michael E. Steinberg*
Michael E. Steinberg

5