# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| DAD DELPHINE ALFRED DUNCAN FOUNDATION FOR THE DEAF AND HARD OF HEARING (AKA DAD FOUNDATION FOR THE DEAF AND HARD OF HEARING): JASON PAULING; ZION WHITE; SHATIA TANKERSLEY; and DEANGELO SIMMONS, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE NORTH COMPANIES INCORPORATED; DELAWARE NORTH COMPANIES SPORTSERVICE, INC.; DETROIT SPORTSERVICE, INC.; DETROIT DISTRICT SPORTSERVICE, INC.; DETROIT HOSPITALITY SPORTSERVICE, INC.; SPORTSERVICE FOOD SERVICE, INC.; and WOODWARD SPORTSERVICE, INC., <br><br> Defendants. | Case No. 2:24-cv-12650-LJM-CI <br><br> Honorable Laurie J. Michelson |

## ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER

Before the Court is the Parties' Stipulation to amend the scheduling order deadlines as described in the Motion. The Court adopts the Stipulation and, therefore GRANTS the requested relief.

**Event Current Deadline Proposed Deadline**

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact Discovery Completed | August 28, 2026 | October 16, 2026 |
| Plaintiffs' Expert Disclosures | September 25, 2026 | November 20, 2026 |
| Defendants' Expert Disclosures | October 26, 2026 | December 18, 2026 |
| Expert Discovery Completed | December 1, 2027 | January 8, 2027 |
| Dispositive Motions Filed | January 8, 2027 | February 12, 2027 |
| Challenges to Experts | January 8, 2027 | February 12, 2027 |
| Final Trial Conference | TBD | TBD |
| Jury Trial | TBD | TBD |
| Estimated Length of Trial | One Week | One Week |

DATE: June 15, 2026.

s/Laurie J. Michelson
LAURIE J. MICHELSON
United States District Judge