**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| DAD DELPHINE ALFRED DUNCAN FOUNDATION FOR THE DEAF AND HARD OF HEARING (AKA DAD FOUNDATION FOR THE DEAF AND HARD OF HEARING): JASON PAULING; ZION WHITE; SHATIA TANKERSLEY; and DEANGELO SIMMONS,<br><br>        Plaintiffs,<br><br>   v.<br><br>DELAWARE NORTH COMPANIES INCORPORATED; DELAWARE NORTH COMPANIES SPORTSERVICE, INC.; DETROIT SPORTSERVICE, INC.; DETROIT DISTRICT SPORTSERVICE, INC.; DETROIT HOSPITALITY SPORTSERVICE, INC.; SPORTSERVICE FOOD SERVICE, INC.; and WOODWARD SPORTSERVICE, INC.,<br><br>        Defendants. | Case No. 2:24-cv-12650-LJM-CI<br><br>Honorable Laurie J. Michelson |

**ORDER GRANTING JOINT STIPULATION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS'
DISCOVERY REQUESTS**

Before the Court is the Parties' Joint Stipulation To Extend Defendants' Deadline To Respond To Plaintiffs' Discovery Requests until July 31, 2026. The Court adopts the Stipulation and, therefore GRANTS the requested relief.

DATE: June 22, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
United Stated District Judge